1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  RAGHVENDRA SINGH,                         Case No.  2:23-cv-00058-JDP (PC)

12              Plaintiff,

13       v.                                    ORDER AND FINDINGS &
                                               RECOMMENDATIONS
14  FOLSOM STATE PRISON,

15              Defendant.

16

17          On April 7, 2023, I screened plaintiff's complaint and notified him that it did not state

18  cognizable claims.  ECF No. 5.  I granted him thirty days to file either an amended complaint or

19  an advisement indicating his intent to stand by his current complaint, subject to a

20  recommendation that it be dismissed.  I also warned him that failure to comply with the April 7

21  order would result in dismissal of this action.  *Id*. at 3.  On May 18, 2023, instead of filing an

22  amended complaint, plaintiff moved for an extension of time.  ECF No. 6.  Plaintiff was ordered

23  to file his amended complaint by June 19, 2023.  ECF No. 7.

24          The deadline has passed, and plaintiff has not filed an amended complaint.

25          Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

26  United States District Judge to this case.

27          Further, it is hereby RECOMMENDED that:

28          1.  This action be dismissed for failure to prosecute and failure to comply with court

1

1   orders for the reasons set forth in the order.

2          2.  The Clerk of Court be directed to close the case.

3          These findings and recommendations are submitted to the United States District Judge

4   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5   after being served with these findings and recommendations, any party may file written

6   objections with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

8   objections shall be served and filed within fourteen days after service of the objections.  The

9   parties are advised that failure to file objections within the specified time may waive the right to

10  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez

11  v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

12

13  IT IS SO ORDERED.

14

15  Dated:    July 5, 2023                                      _____

16                                                             JEREMY D. PETERSON
                                                               UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                        2